Cite as 2025 Ark. App. 588

# ARKANSAS COURT OF APPEALS

**No.** CR–25–709

| | | |
|---|---|---|
| THOMAS WHITT | | **Opinion Delivered** December 3, 2025 |
| | APPELLANT | |
| V. | | APPEAL FROM THE SEVIER COUNTY CIRCUIT COURT |
| | | [NO. 67CR-24-25] |
| STATE OF ARKANSAS | | |
| | APPELLEE | HONORABLE BRYAN CHESSHIR, JUDGE |
| | | MOTION FOR RULE ON CLERK |
| | | CONCURRING OPINION |

## BRANDON J. HARRISON, Judge

Dear Criminal Defense Lawyers: Please Do Better. The lack of care shown to jurisdictional details, like the rather mundane but critical task of filing a record on appeal on time, is ballooning to the point of bursting. Just look at a few months' worth of the syllabi, and the case is made. Examine closely two years' worth of syllabi and one can justifiably wonder what took a judge so long to speak up.

A second concern that is occurring more frequently is the failure to file a timely notice of appeal when directed to do so. Most failures to complete these professional obligations are not egregious—but rest assured an increasing number of them are so; and they surely prejudice defendants who have a right to a timely direct appeal. Referrals to the appropriate authority will increase if this trend is not arrested, and quickly so. You are on notice.

I take no pleasure in this opinion; but my duty (as I see it anyway) demands that I communicate loudly and clearly enough to, hopefully, make a difference. For everyone's sake. Having said all this, I join the court's decision to grant the motion for rule on clerk.